**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Sunset Nursing Home, Inc.

Appellate case number:      01-15-00530-CV

Trial court case number:    72,817

Trial court:                239th District Court of Brazoria County

On June 12, 2015, relator, Sunset Nursing Home, Inc., filed a petition for a writ of mandamus and a motion to stay trial court proceedings, requesting that "this Court stay the trial proceedings until this Court can fully and fairly evaluate Sunset's Petition." Relator's motion for temporary relief is **denied**.

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. Any response is due **Friday, June 26, 2015**.

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                   ☒  Acting individually

Date:  June 15, 2015